**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADAPTIVE DATA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-1541-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated:  January 23, 2015          STAMOULIS & WEINBLATT LLC

                                                       */s/ Stamatios Stamoulis*
                                                      Stamatios Stamoulis #4606
                                                      stamoulis@swdelaw.com
                                                      Richard C. Weinblatt #5080
                                                      weinblatt@swdelaw.com
                                                      Two Fox Point Centre
                                                      6 Denny Road, Suite 307
                                                      Wilmington, DE 19809
                                                      Telephone:  (302) 999-1540

                                                      *Counsel for Plaintiff*
                                                       *Adaptive Data LLC*